UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___2/13/2026___

ROSA TERREROS ARANA,

                    Plaintiff,

          -against-

COMPANION LIFE INSURANCE COMPANY
et al.,

                    Defendants.

25-CV-9966 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

Defendants Companion Life Insurance Company, United of Omaha Life Insurance Company, and Mutual of Omaha Insurance Company have filed an Answer, dated February 13, 2026 (ECF No. 10), to Rosa Terrors Arana's ("Plaintiff") Complaint, dated December 1, 2025 (ECF No. 1). Thus, the Court waives the Initial Pre-Trial Conference requirement and directs the parties to submit a proposed joint Case Management Plan and Scheduling Order (blank form attached hereto) by March 13, 2026. After review and approval of the Scheduling Order, the Court will issue an Order of Reference to Magistrate Judge Judith C. McCarthy for general pretrial purposes. The parties are directed to contact Judge McCarthy within seven (7) business days of the date of the Order of Reference to schedule a conference.

Dated:  February 16, 2026
        White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge