UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARANA,

Plaintiff,

-against-

COMPANION LIFE INSURANCE COMPANY, et al,

Defendant.

25-CV-9966 (NSR)

ADJOURNMENT ORDER

NELSON S. ROMÁN, United States District Judge:

In light of the parties' ongoing discovery, which is not expected to be completed until June 30, 2027, the status conference scheduled for July 23, 2026, at 10:00 a.m. is hereby adjourned to July 22, 2027, at 10:00 a.m. before the Honorable Nelson S. Román, United States District Judge.

To access the teleconference, please follow these directions: (1) dial the meeting number, 855-244-8681; (2) enter the access code, 2310 494 3855 #; and (3) press # again to enter the teleconference.

Dated: July 10, 2026
White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge